UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR CHARLES FOURSTAR, JR,

    PETITIONER,

-vs-                                      Case No. 5:15-cv-00297-WTH-CAS

NICOLE ENGLISH,

    RESPONDENT.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 4, 2017. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 14, is adopted and incorporated by reference in this order.

2.     The clerk is directed to enter the following judgment: "The § 2241 petition, Doc. 1, is **DISMISSED**. Any pending motions are **DENIED."**

3.     The clerk is directed to close the file.

DONE and ORDERED at Gainesville, Florida this 8th day of February, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE

*Case No: 5:15-cv-00297-WTH-CAS*